**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00523-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    EDIL ROBERTO VINDEL MONTOYA,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the sentencing hearing regarding Defendant Vindel Montoya is set **Tuesday, March 1, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: December 17, 2010