**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

_____

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: March 1, 2011 |
| Court Reporter:    Darlene Martinez | Probation: Jan Woll, Andrea Bell |
| Interpreter:           Ruth Warner | |

_____

Criminal Action No. 10-cr-00523-LTB-1                    <u>Counsel:</u>
Criminal Action No. 06-cr-00231-LTB-1

UNITED STATES OF AMERICA,                              Robert Brown

    Plaintiff,

v.

1. EDIL ROBERTO VINDEL-MONTOYA,              Robert Pepin

    Defendant.

_____

**COURTROOM MINUTES
Criminal Action No. 10-cr-00523-LTB-1 - Sentencing
Criminal Action No. 06-cr-00231-LTB-1 - Supervised Release Violation Hearing**
_____

9:16 a.m.     Court in session.

Defendant is present and in custody.

Interpreter sworn.

### <u>Sentencing in Criminal Action No. 10-cr-00523-LTB-1</u>

> Defendant plead guilty to the one count Indictment in Criminal Action No. 10-cr-00523-LTB-1 on December 17, 2010

Statements by Mr. Pepin, Mr. Brown and Defendant.

1

**ORDERED**:  Motion for Variant Sentence (Doc. 21) is granted.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of three years.

**ORDERED**:  Conditions of supervised release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the Defendant is released
- (X) Defendant shall not commit another federal, state or local crime
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
- (X) Defendant shall comply with standard conditions as adopted by the court
- (X) Defendant shall not unlawfully possess a controlled substance
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of supervised release:
- (X) If deported, Defendant shall not return to the United States illegally. If Defendant re-enters the United States legally, Defendant shall report to the nearest United States Probation Office within 72 hours of Defendant's return.

**ORDERED:**  Defendant shall pay a special assessment fee of $100 which is due immediately.

**ORDERED:**  Fine is waived because Defendant has no ability to pay a fine.

Defendant advised of right to appeal.

### Supervised Release Violation Hearing in Criminal Action No. 06-cr-00231-LTB-1

Mr. Pepin states that Defendant will admit the alleged violation.

Defendant sworn and answers questions asked by the Court.

Defendant advised of the possible penalties and his constitutional rights.

Defendant admits the alleged violation.

Statements by Mr. Brown, Mr. Pepin and Defendant.

Court's findings.

**ORDERED**: Supervised release is revoked.

**ORDERED**:  Defendant is hereby sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of four months to run consecutively to the sentence imposed in Criminal Action No.10-cr-00523-LTB-1. No other term of supervised release is imposed in Criminal Action No. 06-cr-00231-LTB-1 because supervised release has been imposed in Criminal Action No.10-cr-00523-LTB-1

Court recommends credit for time served of 133 days.

Defendant advised of right to appeal.

Defendant is remanded to the custody of the United States Marshal.

10:05 a.m     Court in recess.

Hearing concluded
Time: 00:49